**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| In Re:<br><br>Sarah F. Huberty<br><br><br>                    Debtor | Chapter 7<br><br><br>Case Number 18-30374-EDK |

**MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**

Webster Bank, National Association ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor having an address of *30 Cross Street, Westfield, MA 01085* (the "Property"), for all purposes allowed by the Note (defined below), the Mortgage (defined below), and applicable law, including but not limited to the right to foreclose.  In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor on May 11, 2018.  Pursuant to the Debtor's Statement of Intention filed on May 12, 2018, the Property is to be surrendered.

2. The Debtor has failed to maintain monthly payments to creditors with interests in the Property pursuant to 11 U.S.C. § 362(d)(3)(B).

3. The Debtor has executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $186,400.00 (the "Note").  A copy of the Note is attached hereto as Exhibit A.  Movant or its custodian and/or agent is, as of the date hereof, in possession of the Note.  Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the Mortgage are secured by the Property.  A copy of the recorded Mortgage is attached hereto as Exhibit B.

5. As evidenced by the Assignment of Mortgage attached hereto as Exhibit C, the Mortgage has been assigned to Webster Bank, National Association. Bank of America, N.A., as servicer for Movant.

6. As of May 18, 2018, the outstanding amount of the Obligations less any partial payments or suspense balance is $158,510.58.

7. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $750.00 in legal fees and $181.00 in costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8. The following chart sets forth the number and amount of payments due pursuant to the terms of the Note that have been missed by the Debtor as of May 18, 2018:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 1 | 10/1/17 | 10/1/17 | $1,528.85 | $1,528.85 |
| 7 | 11/1/17 | 5/1/18 | $1,481.53 | $10,370.71 |
| Less Partial Payments (Suspense Balance) | | | | ($307.25) |
| | | | | Total: $11,592.31 |

9. The estimated fair market value of the Property is $157,800.00. The basis for such valuation is Debtor Schedules. The estimated liquidation value of the Property is $147,112.43, calculated as the fair market value less (i) a reasonable realtor's fee (6%); (ii) deed stamps ($719.57); and (iii) anticipated closing costs associated with a real estate closing ($500.00).

10. Upon information and belief, the encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, listed in order of priority, are:

| Holder | Type | Amount |
|---|---|---|
| Movant | 1st Mortgage | $158,510.58 |

**Total: $158,510.58**

11. No collateral other than the Property, as described in the Mortgage, secures the Obligations.

12. Upon information and belief, a Declaration of Homestead with respect to the Property has been recorded in Hampden County Registry of Deeds in Book 14578, Page 591.

13. Cause exists for relief from the automatic stay for the following reasons:

    (a) Movant's interest in the Property is not adequately protected. The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

    (b) Pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay for all purposes allowed by the Note, the Mortgage, and applicable law, including but not limited allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. For such other relief as the Court deems proper.

Dated:  June 6, 2018

Respectfully submitted,
Webster Bank, National Association
By its attorney,

/s/ Marcus Pratt
Marcus Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| In Re: | Case Number 18-30374-EDK |
| Sarah F. Huberty | Chapter 7 |

**ORDER ON THE MOTION OF WEBSTER BANK, NATIONAL**
**ASSOCIATION AND/OR ITS SUCCESSORS AND ASSIGNS**
**FOR RELIEF FROM THE AUTOMATIC STAY**

At Springfield in said District, on the _____ day of _____, 2018, on the Motion of Webster Bank, National Association and/or its successors and assigns ("Movant") after notice to all parties on the Movant's Certificate of Service, it is hereby

ORDERED AND DECREED:

1. Movant is granted Relief from the Automatic Stay imposed pursuant to 11 USC 362(a) on the filing of the Petition for Relief.

2. Movant and any successor in interest is permitted to proceed forward to pursue its rights and remedies under state and/or federal law, including but not limited to a foreclosure of the mortgage it holds on real estate located at *30 Cross Street, Westfield, MA 01085*, which mortgage is dated January 12, 2007 and recorded in Hampden County Registry of Deeds in Book 16453, Page 484 (the "Mortgage"). A copy of such mortgage was attached to the Motion for Relief at issue. Further, Movant is authorized to proceed with its eviction rights in accordance within applicable law with respect to such Property should Movant, or its successor in interest, become the successful bidder at a foreclosure sale.

3. Movant and/or its successors, assigns, and servicer may, at its option offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

_____
Honorable Judge Katz
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| In Re:<br>Sarah F. Huberty | Case Number 18-30374-EDK<br>Chapter 7 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Marcus Pratt, Attorney for **Webster Bank, National Association and/or its successors and assigns** hereby certify that on June 6, 2018 I electronically filed the foregoing *Motion for Relief and Proposed Order* with the United States Bankruptcy Court for the District of MA using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Richard King, Assistant U.S. Trustee
Steven Weiss, Ch. 7 Trustee
Roger Lipton, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Sarah F. Huberty
30 Cross Street
Westfield, MA 01085

Tax Collector:
Town of Westfield, MA
59 Court Street
Westfield, MA 01085

/s/ Marcus Pratt
Marcus Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com