Bk 20602 Pg356 #7680
02-20-2015 @ 01:51p

| | Recording Requested By:<br>Bank of America<br>Prepared By:<br>James A. Ellis | When recorded mail to:<br>CoreLogic<br>Mail Stop: ASGN<br>1 CoreLogic Drive<br>Westlake, TX 76262-9823 |

This space for Recorder's use

Property Address:
**30 Cross Street**
**Westfield, MA 01085-3808**
Property Location:
**Township of WESTFIELD**
MA0M-AM     2/12/2015 FCL01

MIN #:     MERS Phone #:   888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** (herein "Assignor"), whose address is **P.O. Box 2026, Flint, MI 48501-2026, AS NOMINEE FOR AMERICAN HOME MORTGAGE, ITS SUCCESSORS AND ASSIGNS** hereby assign and transfer to **WEBSTER BANK, NATIONAL ASSOCIATION** (herein "Assignee"), whose address is **C/O BAC, M/C: CA6-914-01-43, 1800 Tapo Canyon Road, Simi Valley, CA 93063**, and its successors and assigns all its right, title, and interest in and to a certain Mortgage described below.

Beneficiary:   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN HOME MORTGAGE, ITS SUCCESSORS AND ASSIGNS
Original Borrower(s):   SARAH F. HUBERTY
Date of Mortgage:   1/12/2007
Original Loan Amount:   $186,400.00
Certificate of Title Number:   ABSTRACT LAND

Recorded in **Hampden County, MA** on: 1/18/2007, book **16453**, page **484** and instrument number **4440**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN HOME MORTGAGE, ITS SUCCESSORS AND ASSIGNS

By: _____
JAMES A ELLIS
ASSISTANT VICE PRESIDENT
Date 02-13-15

State of **Arizona**
County of **Maricopa**

On 2-13-15, before me, Melodye A Davis, Notary Public, personally appeared James A Ellis Assistant Vice President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN HOME MORTGAGE, ITS SUCCESSORS AND ASSIGNS, whose identity was proven to me on the basis of satisfactory evidence to be the person who he or she claims to be and whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last written.

Notary Public: Melodye A Davis


Melodye A Davis
Notary Public
Maricopa County, Arizona
My Comm. Expires 7-14-16

DONALD E. ASHE, REGISTER
HAMPDEN COUNTY REGISTRY OF DEEDS
E-RECORDED