# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

| In re: | |
|---|---|
| HUBERTY, SARAH F | Chapter 7<br>Case No.: 18-30374-EDK |
| Debtor(s) | |

## ORDER ON APPLICATION TO EMPLOY COUNSEL

In said District, on the ___ day of _____, 2018:

Upon consideration of the within Application to Employ Counsel, no objections having been given, no adverse interests having been represented and sufficient reason appearing to me therefore, it is

ORDERED that the Application of the Trustee, Steven Weiss, to employ Shatz Schwartz and Fentin, P.C., as counsel, and it is hereby allowed. All fees and expenses are subject to Court approval.

*Elizabeth D. Katz*  07/03/2018

Elizabeth D. Katz
Bankruptcy Judge