UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

In re:   Sarah F. Huberty                    Case Number: 18-30374                    Ch:  7

MOTION TO RECONSIDER DISAPPROVAL OF
REAFFIRMATION AGREEMENT

Now comes counsel for Sarah F. Huberty, and hereby respectfully submits his Motion to Reconsider Disapproval of Reaffirmation Agreement.

As grounds therefor, counsel states that he was scheduled in Hampshire Probate and Family Court on another matter at 2:00 p.m. on July 18, 2018 named "In Re:  Rainbow Revocable Trust", Docket No.: HS17P527PO.  That case had been scheduled since May 25, 2018, when the undersigned filed a Motion to Strike on behalf of the Petitioner therein.  On or about June 13, 2018, Respondent hired new counsel and there was the possibility of rescheduling the Motion to Strike to accommodate new counsel's schedule.  When the undersigned received notice of the Non-Evidentiary Hearing on June 22, 2018, it appeared likely that a continuance would be requested, but through inadvertence the date itself was not calendared.  As it turned out, the Motion to Strike hearing went forward as planned.  Again, through inadvertence, this Honorable Court was not notified of the conflict and the Re-affirmation Agreement was disapproved.

No party will be prejudiced by the re-marking of the hearing on the approval of the Agreement.  Indeed, the debtor still needs use of the vehicle and the facts stated in the Motion are still accurate.

WHEREFORE, debtor request that this Motion to Reconsider be allowed and the Court re-mark the Motion for approval of the Re-affirmation Agreement.

1

Dated:  July 19, 2018

Respectfully submitted,
Sarah F. Huberty
By her attorney,


/s/_____
Roger P. Lipton, Esq.
Green Miles Lipton, LLP
77 Pleasant Street, P.O. Box 210
Northampton, MA 01061-0210
BBO#301650
Tel.: 413-586-8218
Fax.: 413-584-6278
Email:  rliptonesq@comcast.net