Dated: July 19, 2018

Respectfully submitted,
Sarah F. Huberty
By her attorney,

/s/ Roger P. Lipton, Esq.
Roger P. Lipton, Esq.
Green Miles Lipton, LLP
77 Pleasant Street, P.O. Box 210
Northampton, MA 01061-0210
BBO#301650
Tel.: 413-586-8218
Fax.: 413-584-6278
Email: rliptonesq@comcast.net