**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION**

| In Re: | Case Number 18-30374-EDK |
|---|---|
| Sarah F. Huberty | Chapter 7 |

**OBJECTION OF WEBSTER BANK, NATIONAL ASSOCIATION TO TRUSTEE'S MOTION
FOR ORDER APPROVING PRIVATE SALE OF PROPERTY OF THE ESTATE [DOC. NO. 48]**

Now comes Webster Bank, National Association ("Secured Creditor") and hereby files this Objection to the Chapter 7 Trustee's Motion for Order Approving Private Sale of Property of the Estate (the "Motion to Sell") filed on June 28, 2019 [Doc. No. 48]. As grounds, Secured Creditor states as follows:

1.   Secured Creditor is the holder of a mortgage encumbering the property located at *30 Cross Street, Westfield, MA 01085*, originally given by Sarah F. Huberty (the "Debtor") to Mortgage Electronic Registration Systems, Inc. acting solely as nominee for American Home Mortgage (the "Mortgage"). The Mortgage is dated January 12, 2007 and recorded in Hampden County Registry of Deeds in Book 16453, Page 484. Thereafter, the Mortgage was assigned to Secured Creditor. Bank of America, N.A. ("BANA") is the current servicer for this loan on behalf of Secured Creditor.

2.   The Mortgage secures a promissory note given by the Debtor to American Home Mortgage in the original principal amount of $186,400.00 (the "Note"). Secured Creditor or its custodian and/or agent is, as of the date hereof, in possession of the Note. Secured Creditor is an entity entitled to enforce the Note.

3.   The Debtor's Chapter 7 Petition was filed on May 11, 2018.

4.   Pursuant to the Debtor's Statement of Intention filed on May 12, 2018, the Property is/was to be surrendered.

5.   On or about June 6, 2018, Secured Creditor filed a Motion for Relief from Stay pursuant to 11 U.S.C. § 362 [Doc. No. 19]. Thereafter, an order granting the requested relief was entered on June 28, 2018 [Doc. No. 25] absent any objection from the Debtor and/or the Chapter 7 Trustee.

6.   On or about June 28, 2019, the Chapter 7 Trustee filed a Motion for Order Approving Private Sale of Property of the Estate, namely the property located at *30 Cross Street, Westfield, MA 01085* (the "Property") [Doc. No. 48]. The Trustee's Motion, inter alia, proposes to sell the Property for a gross sale price of $118,700.00.

7.   The total amount due Secured Creditor on the Mortgage is/was approximately $175,983.08 as of July 12, 2019.

8.   Secured Creditor has no objection to the sale of the Property per se, but it, however, objects to Trustee's Motion insofar as Secured Creditor is not to be paid in full from the sale proceeds. While the Trustee's Motion does indicate that the Property is to otherwise be sold free and clear of all liens, claims, interests, and encumbrances, the proposed sale price is insufficient to pay-off the full amount due on Secured Creditor's first mortgage after the payment of all relevant commissions and fees. Secured

Creditor further states that as of the filing of this Objection, the Trustee and/or his agents has not been issued approval by Secured Creditor and/or BANA to proceed with a proposed sale that will result in a short payoff of Secured Creditor's mortgage loan.[1]

9.   As such, Secured Creditor maintains that any sale be contingent upon written short sale approval. Further, in the event such approval is provided, Secured Creditor requests that sale proceeds be tendered within forty-eight (48) hours of closing and only based upon an unexpired payoff quote.

10.  In light of the ongoing short sale review, Secured Creditor reserves the right to amend and/or supplement this Objection as necessary and appropriate.


WHEREFORE, Secured Creditor respectfully requests that the Court:

1)  DENY the Chapter 7 Trustee's Motion for Order Approving Private Sale of Property of the Estate filed on June 28, 2019 [Doc. No. 48]; and/or

2)  GRANT such other relief as the Court deems just and proper.


Dated:  July 26, 2019

Respectfully submitted,
Webster Bank, National Association
By its attorney,

/s/ Marcus Pratt
Marcus Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

---

[1] As of the filing of this Objection, Secured Creditor and/or its agents is awaiting the completion of an appraisal of the subject property in connection with its review of the Trustee's short sale proposal. The expected completion date for same is July 25, 2019.

18-032353 / BK03

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| In Re: | Case Number 18-30374-EDK |
|---|---|
| Sarah F. Huberty | Chapter 7 |

### CERTIFICATE OF SERVICE

I, Marcus Pratt, Attorney for **Webster Bank, National Association** hereby certify that on July 26, 2019 I electronically filed the foregoing *Objection to Motion to Sell* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Richard King, Assistant U.S. Trustee
Steven Weiss, Trustee
Roger Lipton, Esquire
David Webber, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Sarah F. Huberty
30 Cross Street
Westfield, MA 01085

Sarah F. Huberty
76 Beauregard Terrace
Chicopee, MA 01020

/s/ Marcus Pratt
Marcus Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

18-032353 / BK03